IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN JAMES CANNON,

    Petitioner,

v.                                              CASE NO. 4:05-cv-00290-MP-AK

J V CROSBY,

    Respondent.

_____/

# O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that the Petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to exhaust available state court remedies. Objections to Report and Recommendation were due by 9/9/2005, but none were filed. The Court agrees that petitioner has not yet filed a state Rule 3.850 motion and thus has not yet exhausted state remedies. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _22nd_ day of September, 2005

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge